THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| v. | :   3:22-CR-135 |
| | :   (JUDGE MARIANI) |
| VICTORIOUS MINTER, | : |
| | : |
| Defendant. | : |

**ORDER**

**AND NOW, THIS** ___18th___ **DAY OF OCTOBER, 2022**, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant Minter's Motion to Dismiss (Doc. 26) is **DENIED**.

_____
Robert D. Mariani
United States District Judge